

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
DIANE DeVASTO

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Wednesday, December 07, 2005

Mr. James W. Volberding
One American Center
909 ESE Loop 323
Suite 700
Tyler, TX 75701

Mr. Michael J. West
Assistant District Attorney
4th Floor, Courthouse
100 North Broadway
Tyler, TX 75702

**RE:** Case Number:        12-04-00251-CV
Trial Court Case Number:  02-3596-D

**Style:** In the Interest of L. S. B. and K. H., children

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

CC:      Judge Carole W. Clark
          Hon. John Ovard
          Ms. Lois Rogers

# NO. 12-04-00251-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| **IN THE INTEREST OF**<br>**L.S.B. AND K.H.,**<br>**CHILDREN** | §<br><br>§<br><br>§ | *APPEAL FROM THE 321ST*<br><br>*JUDICIAL DISTRICT COURT OF*<br><br>*SMITH COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have been given notice of the filing of this motion. Also included in the motion to dismiss is counsel's motion to withdraw and a motion for cancellation of oral argument. Because Appellant met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), all motions are granted, and the appeal is dismissed.

Opinion delivered December 7, 2005.
*Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.*

(PUBLISH)



# COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

## JUDGMENT

### DECEMBER 7, 2005

### NO. 12-04-00251-CV

### IN THE INTEREST OF L.S.B. AND K.H.,
### CHILDREN

Appeal from the 321st Judicial District Court
of Smith County, Texas. (Tr.Ct.No. 02-3596-D)

THIS CAUSE came to be heard on the appellate record and the Appellant's motion to dismiss the appeal herein, counsel's motion to withdraw and motion for cancellation of oral argument, and the Court having heard and fully considered said motion is of the opinion the same should be **GRANTED**.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that this appeal be, and the same is, **HEREBY DISMISSED** and that all costs of this appeal be, and the same are, adjudged against the Appellant, **AMANDA HAYES**, for which execution may issue, and that this decision be certified to the trial court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.*